Same case below, 352 Fed. Appx. 776.

**No. 09-10335. Tony Richard Martinez, Petitioner v. Mike Knowles, Warden.**

561 U.S. 1014, 130 S. Ct. 3476, 177 L. Ed. 2d 1071, 2010 U.S. LEXIS 5108.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 359 Fed. Appx. 732.

**No. 09-10378. Rodney Johnson, Petitioner v. United States.**

561 U.S. 1014, 130 S. Ct. 3476, 177 L. Ed. 2d 1071, 2010 U.S. LEXIS 5004.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 356 Fed. Appx. 912.

**No. 09-10394. Jeanine Elam, Petitioner v. Illinois.**

561 U.S. 1014, 130 S. Ct. 3476, 177 L. Ed. 2d 1071, 2010 U.S. LEXIS 5093.

June 21, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 387 Ill. App. 3d 1177, 367 Ill. Dec. 211, 981 N.E.2d 536.

**No. 09-10395. Justine Bellamy, Petitioner v. Horry County School District.**

561 U.S. 1014, 130 S. Ct. 3477, 177 L. Ed. 2d 1071, 2010 U.S. LEXIS 5106.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 09-10403. Gary L. Jones, Petitioner v. United States.**

561 U.S. 1014, 130 S. Ct. 3477, 177 L. Ed. 2d 1071, 2010 U.S. LEXIS 5056.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 356 Fed. Appx. 913.

**No. 09-10416. Tywon Knight, Petitioner v. Illinois.**

561 U.S. 1014, 130 S. Ct. 3477, 177 L. Ed. 2d 1071, 2010 U.S. LEXIS 5057.

June 21, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 393 Ill. App. 3d 1102, 368 Ill. Dec. 917, 985 N.E.2d 724.

**No. 09-10429. Jermaine Lavonne Chase, Petitioner v. United States.**

561 U.S. 1014, 130 S. Ct. 3478, 177 L. Ed. 2d 1071, 2010 U.S. LEXIS 5114.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 354 Fed. Appx. 795.